IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE RAFTER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-1404-RCL |
| ) | |
| **DEPARTMENT OF THE TREASURY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF
TIME IN WHICH TO RESPOND TO THE COMPLAINT**

The defendants – the Department of the Treasury and its Secretary ("the Treasury defendants"), along with the Federal Housing Finance Agency ("FHFA") and its Director ("the FHFA defendants") – respectfully request that this Court afford them a fourteen-day extension of time, to and including Monday, November 3, 2014, in which to respond to the complaint in this action. The defendants' motion is unopposed. In support of this motion, the undersigned counsel for the Treasury defendants states as follows:

1. The plaintiffs filed their complaint in this action on August 15, 2014. (ECF 1.) The plaintiffs served a copy of the summons and complaint upon the United States Attorney's Office on August 20, 2014. (ECF 10.) Absent an extension, the defendants' responses to the complaint would be due to be filed on or before October 20, 2014.

2. On September 30, 2014, this Court issued a decision in related litigation that, at a minimum, will have a significant bearing on the disposition of this case. *See Perry Capital, LLC v. Lew*, --- F. Supp. 3d ---, 2014 WL 4829559 (D.D.C. Sept. 30, 2014). The Treasury defendants intend to prepare a dispositive motion that addresses the effect of the *Perry Capital*

decision on this case. The undersigned counsel for the Treasury defendants has also been informed by the counsel for the FHFA defendants, Asim Varma, Esquire, that those defendants intend to prepare a dispositive motion in this case.

2. Due to conflicting obligations, the undersigned counsel for the Treasury defendants will require an additional fourteen days, to and including Monday, November 3, 2014, to prepare a response to the complaint. In particular, among other responsibilities, the undersigned counsel for the Treasury defendants was required to prepare for, and appear at, oral argument with respect to cross-motions for summary judgment in *State of Indiana v. IRS*, No. 13-cv-1612 (S.D. Ind.), on October 9, 2014, and is responsible for preparing a response to a dispositive motion by October 24, 2014, in *United States v. Ralls Corporation*, No. 13-cv-2026 (D.D.C.).

3. Ms. Varma has informed the undersigned counsel that the FHFA defendants would seek a similar extension of time to permit briefing to proceed together on the defendants' respective motions.

4. The undersigned counsel has contacted counsel for the plaintiffs, James E. Gauch, Esquire, and Mr. Gauch has stated that the plaintiffs consent to the defendants' request for an extension of time.

WHEREFORE, the defendants respectfully request that the Court grant this motion for an extension of time, and that the Court order that the defendants may file their responses to the complaint on or before Monday, November 3, 2014.

Dated: October 14, 2014                     Respectfully submitted,

                                                JOYCE R. BRANDA
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director


    /s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for Defendants Department of the Treasury and Jacob J. Lew*


/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.   20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Howard.Cayne@aporter.com
Asim.Varma@aporter.com
David.Bergman@aporter.com

*Attorneys for Defendants Federal Housing Finance Agency and Director Melvin L. Watt*