IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 6 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| LOUISE RAFTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-1404-RCL |
| | ) |
| DEPARTMENT OF THE TREASURY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### [PROPOSED] ORDER

Upon consideration of the defendants' unopposed motion for an extension of time in which to respond to the complaint, it is hereby ORDERED that the defendants may file their responses to the complaint on or before November 3, 2014.

IT IS SO ORDERED.

Dated: 10/14/14

ROYCE C. LAMBERTH
United States District Judge